to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MELANIE BENCOE, Respondent, v. LOUIS H. HAYM and Others, Defendants, and LOUIS MAXWELL COHEN, Individually and as a Voting Trustee of Plaintiff, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MARY BRANDT, Appellant, v. BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD and JOHN SCHAEFER, Respondents.— Motion for leave to correct notice of appeal denied. Lazansky, P. J., Rich, Kapper and Hagarty, JJ., concur; Carswell, J., dissents.

CHEEKE AMUSEMENT, INC., and Another, Respondents, v. SAM KAPLAN, as President, etc., Appellant.— Motion for stay of injunction order denied upon condition that within three days from service of a copy of the order herein the parties stipulate to try the case on Thursday, November 6, 1930, at the Kings County Special Term for Trials, Part III; otherwise, motion granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

COMMERCIAL TRUST COMPANY OF NEW JERSEY, as Trustee for CAROL L. GLORNEY, Respondent, v. CASTLE COURT, INC., and GEORGE HANDRULIS, Appellants.— Motion for stay granted upon condition that appellant Handrulis continue the monthly payments as provided in the order to show cause; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MAURICE J. CORBETT, Respondent, v. AUGUST WILBERG, Defendant, and MORRIS SIEGEL, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

JAMES J. COWAN, Respondent, v. GLOBE INDEMNITY COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MARIA DI PACE, Respondent, v. NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

NOAH FELLS, Appellant, v. MARTIN KATZ and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

NOAH FELLS, Appellant, v. MARTIN KATZ and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

HYMAN GARFINKEL, Respondent, v. AMERICAN VENICE CORPORATION, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent ten dollars costs within five days from service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ANNA M. HOLDEN, Respondent, v. URIAH A. BOCH and MARY A. BOCH, Respondents. THE BANK OF VALLEY STREAM, Assignee, Respondent; CORNELIUS HUTH,